46,194-10

Robert Caldwell 933046
Michael Unit
2114 F.M 3054
Tenn. Colony, Tx
75846

1-14-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 2 0 2015

Abel Acosta, Clerk

RE: Seek Representation of Parole Case of Mandatory Supervison

Deary Kelli L. Gatewood.

I'm hope that this letter will finds you in the best of health and your spirits uplifted.

The purpose of this letter is as indicated above. Please understand that I've recieve your name from the case of Exparte Thompas 173 S.W 3d 458. (Tx G.App.2005).

The object of this letter mainly function on p.459 & 462. Please allowed to demonstrate of what I'm talking about and hopefully that you could help me in this issue.

See I was indicted, convicted of the offense of Aggravate Assault with an deadly weapon to with a knife. Please note: I have records of every thing that I'm telling you.

In my trail the conclusion was no affirmative findin of deadly weapon. Well I've filed my 1107 dealing with that issue and other issues and they keep telling me useing 509.149. Well at the time of the commission of the offense 509.149 was not in effect. My case was in Jan 9th 1998. Beside even my priors doesn't even on the current list. I would like for you to look at the case Exparto Heiken 28 S.W 3d 553. 555. (Tex. Crim App 2000)

They C.C.P used an rule that has no barren to my case See T.RA.P 73.1 District court us 84 of 1101.

Well I've got all of this record reflecting this case and also the C.C.P Response. I've filed my objection and there was no respond to it. Now I fileing my 2254 and I'm puttins my memorandum together useing usually the same thins but some different cases mostly dealins with when the offense was committed

I've written letters to the Parole Board in Austin, Palestine and upon this unit in which I've made copies and still no adequate out come from it.

As I've indicated before I have records of everything that I did to try to my part and seek want I'm entitle to. At this time I was interview for parole on 1-29-14 and as of 2-22-14 I was remove because of an disciplinary infraction code on happen on 2-18-14. Which at that time I was a line 1 and went to a line 2. Now I'll get my line 1 on 2-18-15.

The fact is that at that time I was entitle to by law under Tx. Gov't Code 508.149 with was in effect Sept 1, 1996, and the parole board is retaliate against me cause I'm pushing for something that I'm entitle to. by law.

There is many cases that favor me to recieve MSR

Please understand that I'm indigent and without no funds nor no family support. There is some documents that I would not mind of sending you and I'm hoping for your support in this request that I'm seeking from you.

Please take under great consideration of what I'm asking you. I'm looking forward of hearing from you and if you have any question or want to review the documents that I'm referring to please let me know and I'm send them to you.

Thanks Again for your time of reading this letter

Respectfully Submitted

Robert F. Caldwell